# United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL DAVID HARLAND | DISTRICT: Southern District of Florida<br>DOCKET NO. 02-80094 CR-MIDDLEBROOKS<br>MAGISTRATE CASE NO. JOHNSON<br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>MICHAEL DAVID HARLAND<br>Palm Beach County Jail<br>3228 Gun Club Road<br>West Palm Beach, FL 33406<br>(561) 688-4340<br>Booking Number: 2002310222<br>W/M  DOB: 11/10/59 |

**WARRANT ISSUED ON THE BASIS OF:**
X Indictment  ☐ Information  ☐ Order of Court  ☐ Complaint

**TO:** United States Marshals Service or any other authorized representative

**DISTRICT OF ARREST:**
**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Production, Manufacturing and Distribution of Child Pornography.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2251(a)&(b), 2252(a)(1), & 2252(a)(4)(,B) |
|---|---|---|

**BAIL FIXED BY COURT:** no bond
**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** ANN E. VITUNAC, UNITED STATES MAGISTRATE JUDGE
**SIGNATURE (JUDGE/U.S. MAGISTRATE):** [signature]
**DATE:** 5-28-02

**CLERK OF COURT:** CLARENCE MADDOX
**(BY) DEPUTY CLERK:** [signature] Emily Guerra
**DATE ISSUED:** 5-28-02

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record

**02-80094 CR-MIDDLEBROOKS**  MAGISTRATE JUDGE JOHNSON

MICHAEL DAVID HARLAND

---

DEFENDANT

Pre Trial Detention is recommended as to defendant.

_____
A. LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY