Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 02-80094- ~~00-8025~~ -CR- Middlebrooks

UNITED STATES OF AMERICA

v.

MICHAEL DAVID HARLAND
W/M  DOB: 11/10/59  Booking #:2002310222

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: ANY UNITED STATES MARSHAL, and

WARDEN,  Palm Beach County Jail, 3228 Gun Club Rd., West Palm Beach, FL  33406

It appearing from the petition of the United States of America that the defendant in the above case, Michael David Harland , is confined in the Palm Beach County Jail at West Palm Beach, FL , and that this case is set for an initial appearance as to the defendant at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida  on  June 28, 2002 , and that it is necessary for the defendant to be before this Court for this proceeding;

NOW THEREFORE, this is to command you, any United States Marshal, that you have the body of Michael David Harland , now detained in custody as aforesaid, under safe and secure conduct, before this Court at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida  by or before 9:30 o'clock, A  M., on June 28, 2002  for an initial appearance and all subsequent proceedings related thereto on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Palm Beach County Jail at West Palm Beach, FL  to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE AND ORDERED at West Palm Beach , Florida, this 26th day of June , 2002.

UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (AUSA Morris )
U.S. Marshal (3 certified copies)
Chief Probation Officer