| United States District Court | DISTRICT Southern District of Florida |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL DAVID HARLAND | DOCKET NO. 02-80094-CR-MIDDLEBROOKS<br>MAGISTRATE CASE NO. MAGISTRATE JUDGE JOHNSON<br>NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>MICHAEL DAVID HARLAND<br>Palm Beach County Jail<br>3228 Gun Club Road<br>West Palm Beach, FL 33406<br>(561) 688-4340<br>Booking Number: 2002310222<br>W/M DOB: 11/10/59 |
| WARRANT ISSUED ON THE BASIS OF:<br>X Indictment ☐ Information ☐ Order of Court ☐ Complaint | |
| TO:<br>United States Marshals Service or any other authorized representative | DISTRICT OF ARREST<br>CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Production, Manufacturing and Distribution of Child Pornography.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>2251(a)&(b), 2252(a)(1), & 2252(a)(4)(,B) |
|---|---|---|
| BAIL FIXED BY COURT<br>no bond | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>ANN E. VITUNAC<br>UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE<br>5-28-02 |
| CLERK OF COURT<br>CLARENCE MADDOX | (BY) DEPUTY CLERK<br>Emily Guerrer | DATE ISSUED<br>5-28-02 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>05-29-2002 | NAME AND TITLE OF ARRESTING OFFICER<br>Edward Stubbs USM S/FL | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>06-28-2002 | By: Ramdeo Ganesh DUSM S/FL | Radeo Ganesh |

Warrant #0204-0529-2199-J
United States Judge or Judge of a State Court of Record

FID #662746

**02-80094 CR-MIDDLEBROOKS**     MAGISTRATE JUDGE
                                                JOHNSON

MICHAEL DAVID HARLAND

---

DEFENDANT

Pre Trial Detention is recommended as to defendant.

_____
A. LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY