UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 02-80094-CR-MIDDLEBROOKS

FILED

JUL 29 2002

CRK. USDC / SDFl

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DAVID HARLAND,

    Defendant.
_____/

**MOTION FOR PROTECTIVE ORDER PURSUANT TO 18 U.S.C. § 3509**

    COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and moves this Honorable Court for a Protective Order, and, in support thereof, states as follows:

1. Title 18, United States Code, Section 3509(d)(2),

    explicitly provides that

    All papers to be filed in court that disclose the name of or any other information concerning a child shall be filed under seal without the necessity of obtaining a court order. The person who makes the filing shall submit to the clerk of court --

        (A) the complete paper to be kept under seal; and

        (B) the paper with the portions of it that disclose the name of or other information concerning the a child redacted, to be placed in the public record.

18 U.S.C. § 3509(d)(2).

2. Title 18, United States Code, Section 3509(d)(3), provides that "[o]n motion by any person the court may issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child."

3. The government asks that the Court take judicial notice of the Indictment filed in this case, and the nature of this case, and would submit that public disclosure of the name of the child would clearly be detrimental to the child victim.

4. Pursuant to 18 U.S.C. §§ 3509 (a)(2)(A),(B) and (d)(3), the United States requests this Court to issue an order protecting any child victims and child witnesses of Harland, from public disclosure of the name of or any other information concerning the child in the course of the proceedings because there is a significant possibility that such disclosure would be detrimental to the child.

5. The Government requests permission to disclose documents listed in §3509(d)(1)(i) to all individuals listed in § 3509(d)(4). However, the Government specifically requests that the protective order strictly prohibit the release of any

information disclosed in violation of the protections afforded children in 18 U.S.C § 3509 et seq.

**WHEREFORE,** the undersigned Assistant respectfully requests that this Court grant the foregoing motion for protective order.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: LOTHROP MORRIS
    ASSISTANT U.S. ATTORNEY
    Florida Bar # 0095044
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    (561) 820-8711
    (561) 820-8777 (FAX)
    LOTHROP.MORRIS@USDOJ.GOV

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed on July 29, 2002 to Lori Barrist, Federal Public Defender's Office, 400 Australian Avenue, West Palm Beach, FL 33401.

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY