UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 02-80094-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DAVID HARLAND,

    Defendant.
_____/

FILED
OCT 0 8 2002
CLRK. USDC / SDFL

## GOVERNMENT'S NOTICE OF ADDITIONAL TIME FOR SENTENCING

The United States, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Additional Time For Sentencing. In support of this Notice, the government hereby states the following:

1. The United States intends to present at least two witnesses at the sentencing hearing. One of these witnesses is an expert witness that will require additional time. Based upon a review of the Presentence Investigation Report, the United States believes that the sentencing will be contested. This sentencing will be lengthy because it raises complex factual and legal issues and will involve the testimony of lay and expert witnesses. The United States believes that the sentencing hearing could take up to one day to complete.

2. This notice is not made for purposes of delay or for any improper purpose. The defendant is in custody.

3. This matter is currently set for sentencing for 4:00 p.m. on November 6, 2002 before this Court.

**WHEREFORE**, the Government respectfully gives notice that the sentencing in this matter may take a day to complete.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
LOTHROP MORRIS
ASSISTANT U.S. ATTORNEY
Fl. Bar No. 0095044
500 Australian Avenue,
Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Lothrop.Morris@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was mailed on October 8, 2002 to Scott Suskauer, Esq., 1601 Forum Place, Suite 1200, West Palm Beach, FL 33401.

_____
LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY