UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 02-80094-CR-MIDDLEBROOKS

DEC 02 2:

UNITED STATES OF AMERICA,

      Plaintiff,

CRK. USDC / SDFl

v.

MICHAEL DAVID HARLAND,

      Defendant.

_____/

## MOTION REQUESTING PERMISSION TO BRING COMPUTER AND AUDIO/VISUAL EQUIPMENT INTO COURT ROOM

Comes Now, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files this Motion to Bring Computer And Audio/Visual Equipment into the Federal Courthouse, Southern District of Florida, West Palm Beach, during the pendency of the sentencing in this matter and as grounds in support thereof states:

1. The undersigned wishes to use computer and audio/visual equipment in order to present information to the Court.

2. A signed order of this court is required to authorize the undersigned to physically bring the equipment into the courthouse.

**WHEREFORE**, the Government respectfully requests that this

Court permit counsel to bring computer, audio and video equipment into the courthouse for use during the sentencing.

        Respectfully submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

By: LOTHROP MORRIS
    ASSISTANT U.S. ATTORNEY
    Florida Bar # 0095044
    500 Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    (561) 820-8711
    (561) 820-8777 (FAX)
    LOTHROP.MORRIS@USDOJ.GOV

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via mail this 2/ day of December, 2002, to:

Scott Suskauer, Esq.
1601 Forum Place, Suite 1200
West Palm Beach, Fl 33401
(561) 687-7866

Virginia S. Cataldo
United States Probation Office
501 South Flagler Drive, Suite 400
West Palm Beach, Fl 33401

By: LOTHROP MORRIS
ASSISTANT U.S. ATTORNEY